IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.	CASE NO. 4:15cv119-RH/CAS

PRESIDENT BARACK OBAMA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, and the objections, ECF No. 10. I have reviewed de novo the issues raised by the objections.

The plaintiff seeks relief against the President but has alleged no facts remotely suggesting a basis for holding the President liable for any alleged violation of the plaintiff's rights. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on December 15, 2015.

s/Robert L. Hinkle<br>United States District Judge